No. 14–0319/NA. U.S. v. Donald M. Johnson. CCA 201200379. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 30, 2014.

No. 14–0320/MC. U.S. v. Jimmy Galyon. CCA 201300163. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 30, 2014.

Tuesday, January 14, 2014

